HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOSE GUADALUPE CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GUADALUPE CISNEROS and<br>CARLOS GUILLERMOS BARAJAS,<br><br>Defendants. | Case No.  1:13-CR-00347 LJO-SKO<br><br>STIPULATION TO AMEND MOTION BRIEFING SCHEDULE WHILE LEAVING HEARING DATE UNCHANGED, ORDER THEREON<br><br>DATE: April 28, 2014<br>TIME:   10:30 a.m.<br>JUDGE: Hon. Lawrence J. O' Neill |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff; ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Guadalupe Cisneros; and DANIEL L. HARRALSON, counsel for defendant Carlos Guillermo Barajas, that motion briefing schedule in this matter may be amended.  Any motion shall be filed by March 31, 2014, and any response shall be filed by April 21, 2014.  The date for status conference and hearing on the motions shall remain unchanged, on April 28, 2014, at 10:30 a.m.

This stipulation is requested to allow the parties additional time to attempt to resolve this matter prior to filing motions, and to conduct further investigation if an early resolution is not possible.

//

Time has already been excluded through the April 28, 2014 hearing date. However, out of an abundance of caution, the parties agree that any delay resulting from the continuance shall be excluded as necessary for ruling on the motions and effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 14, 2014     By:   /s/ *LAUREL J. MONTOYA*
                                LAUREL J. MONTOYA
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: March 14, 2014     By:   /s/ *Eric V. Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE GUADALUPE CISNEROS

DATED: March 14, 2014     By:   /s/ *Daniel L. Harralson*
                                DANIEL L. HARRALSON
                                Attorney for Defendant
                                CARLOS GUILLERMOS BARAJAS


**O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   **March 17, 2014**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28