**DANIEL L. HARRALSON, SBN. 109322**
Daniel L. Harralson Law Corporation
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant CARLOS GUILLERMO BARAJAS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-00347 |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **SENTENCING HEARING** |
| | ) Date:   July 21, 2014 |
| | ) Time:  8:30 a.m. |
| CARLOS GUILLERMO BARAJAS | ) Judge:  Honorable Lawrence J. O'Neill |
| Defendant. | ) |

**IT IS HEREBY STIPULATED between** the parties in this action, to request that the Court continue the current Sentencing date of **July 21, 2014 at 8:30 a.m.,** to **August 18, 2014 at 8:30 a.m** or as soon thereafter as the Court deems appropriate.

This continuance is necessary so that Case Agents can Debrief Mr. Barajas prior to Sentencing.

\\\

\\\

\\\

**IT IS SO AGREED:**

Dated: July 17, 2014					**UNITED STATES ATTORNEY OFFICE**

						_/s/_ Laurel J. Montoya
						**Laurel J. Montoya**
						**Assistant United States Attorney**

Dated: July 17, 2014					**DANIEL L. HARRALSON LAW CORPORATION**

						_/s/ Daniel L. Harralson_
						**DANIEL L. HARRALSON, ESQ.**
						**Attorney for Defendant**

### ORDER

**IT IS HEREBY ORDERED** that the Sentencing Hearing on calendar for July 17, 2014 be continued to **August 18, 2014 at 8:30 a.m.**

IT IS SO ORDERED.

   Dated:   **July 18, 2014**			    **/s/ Lawrence J. O'Neill**
						UNITED STATES DISTRICT JUDGE

-2-
**Joinder in Co-Defendants Notice of Motion to Suppress Evidence**
**US v. Carlos Guillermo Barajas – 1:13-CR-00347**